# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LEE E. PEYTON, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF VENTURA et al., <br><br> Defendants. | Case No. CV 17-3202 VAP (AJW) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: January 3, 2018

_____
Virginia A. Phillips
United States District Judge