**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LEE E. PEYTON,** | )<br>) |
| Plaintiff, | ) No. CV 17-3202 VAP (AJW)<br>) |
| v. | ) **JUDGMENT**<br>) |
| **COUNTY OF VENTURA,**<br>**GEOFF DEAN, SHERIFF, et al.,** | )<br>)<br>) |
| Defendants. | ) |

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: January 3, 2018

_____
Virginia A. Phillips
United States District Judge